Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 NOV -5 PM 3: 18

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
for the

_____ Division

| | |
|---|---|
| Maria PETER<br>Michael PETER<br>Julika BERGER<br>Jarolin BERGER<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Susan Diane WOJCICKI<br>William Henry CATES<br>Stéphane BANCEL<br>Albert BOURLA<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **21-CV-205**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Maria & Michael PETER | Julika & Jarolin BERGER |
|---|---|---|
| Street Address | Jager St 6 b | Kreuzlinger St 45 b |
| City and County | Hohenems | Konstanz |
| State and Zip Code | A - 6845 | D - 78462 |
| Telephone Number | +43 664 7301 3271 | +49 157 852 76 77 |
| E-mail Address | magic_spiral @ gmx.net | i.beratung @ gmx.de |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**
- Name: Susan Diane WOJCICKI
- Job or Title (if known): CEO online video platform YT
- Street Address: 901 Cherry Avenue
- City and County: San Bruno
- State and Zip Code: CA 94066
- Telephone Number: (650)-253-0001
- E-mail Address (if known): susan@google.com

**Defendant No. 2**
- Name: William Henry CATES
- Job or Title (if known): Persident BMGF
- Street Address: P.O. Box 23350
- City and County: Seattle
- State and Zip Code: WA 98102
- Telephone Number: (206)709-3400
- E-mail Address (if known): media@gatesfoundation.com

**Defendant No. 3**
- Name: Stéphane BANCEL
- Job or Title (if known): CEO Mode-RNA Therapeutics Inc.
- Street Address: 200 Technology Square
- City and County: Cambridge
- State and Zip Code: MA 02139
- Telephone Number: (617) 714-6500 (corporate office)
- E-mail Address (if known): IR@modernatx.com

**Defendant No. 4**
- Name: Albert BOURLA
- Job or Title (if known): CEO Pfizer Inc.
- Street Address: 235 East 42nd Street
- City and County: New York
- State and Zip Code: NY 10017
- Telephone Number: (212) 733-2323 (corporate office)
- E-mail Address (if known): RecruitingAccommodations@pfizer.com

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Michel PETER, Maria PETER from Austria , is a citizen of the State of *(name)* Julika BERGER, Jarolin BERGEr, German .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* -- . -- , is incorporated under the laws of the State of *(name)* -- . -- ,

   and has its principal place of business in the State of *(name)*

   -- . --

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* -- . -- , is a citizen of

   the State of *(name)* -- . -- . Or is a citizen of

   *(foreign nation)* -- . -- .

2. If the defendant is a corporation

   The defendant, *(name)* WOJCICKI - CATES - BANCEL - BOURLA , is incorporated under

   the laws of the State of *(name)* CA - WA - MA - NY , and has its

   principal place of business in the State of *(name)* CA - WA - MA - NY .

   Or is incorporated under the laws of *(foreign nation)* -- . -- ,

   and has its principal place of business in *(name)* -- . -- .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Compensation Damage $ 100'000: Four plaintiffs - although well embedded in their large family - got 2021 injured by mental disease Akva-A. Health care pay two years medication & psychotherapy (says mayoclinic.org). Punitive Damage: $ 16 Trillion - as worldwide 30%-collapse in 2021 of welfare/wellbeing index (HD-UN, FRA, OECD, a.o.) needs 10 years recovery, despite stable Dow-Jones-Index.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 04/12/2020, at *(place)* San Bruno/CA & Seattle/WA, & earlier in New York/NY, Cambridge/MA, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
On 3/13/2020, SB in New York/NY & AB in Cambridge/MA, and on 04/12/2020 SDW in San Bruno/CA & WHC in Seattle/WA failed to keep the risk of synthetic bioweapon-attacks at the 10%-low, but rose it to a 70%-high. They said in mass media: Here is "the greatest downfall the world faces" because "a new vaccine" has to "get out to seven billion people", affording 18 month lockdown, as this "is a pandemic, a deadly virus". WHC, SDW, AB, SB let damage-knowhow fall - uncensored - into wrong hands, because on 30/12/2020 NATO/Brussels announced nuclear (!) retaliatory strikes against aggressive states/terrorists using synthetic bioweapons.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Aggressive states/terrorists are happy to learn from WHC/SDW/SB/AB the $16 Trillion damage trick. Insiders (military a.o.) expect more attackers to apply this virus-trick. That makes the new high killer-virus-threat continuous. Some citizens notice - due to 2020's economic & social virus-damage including huge government depth - nation's vulnerability and therefor the high risk of the next killer-virus-attack - and cope well with it. Other citizens however, are shocked and suffer a F41.0 disease Akva-A, Again-killer-virus-attack-Anxierty - and are severely handicapped, despite health care's payed two-year-medication/psychotherapy.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs Maria/47y, Michael/14y, Julika/50y, Jarolin/15y are handicapped from 4/2120 until 4/2023 by their anxiety disease Akva-A and their medical treatment (anxiety medication & psychotherapy of F41.0 disease Akva-A). Each plaintiff claims $ 25'000 Compensation Damage for the two years being handicapped.

As defendant AB, SB, WHC, SDW not only rose the risk of bioweapons-terror to a 70%-high, but also made decision makers believe a 'deadly killer-virus is spreading', four from five governments installed lockdowns/restrictions. Result 1: All indices of wellbeing & welfare dropped 30% (Security, Safety, Wealth, Life Happyness, Mental + Physical Wellbeing, says HD-UN, FRA, OECD, a.o) despite stable Dow-Jones-Index. 25 surveys reveal in Sept/2021: Welfare & wellbeing-collapse might recover within ten years, in 2030. Result 2: Due to lockdowns, economic & social damage including rise of government depths amounts to $ 16 Trillion (McKinsey Report, Bloomberg Report, The Lancet Outlook). Punitive Damage: More than $ 16 Trillion. TDH Terre des Hommes, MSF medicine sans frontiers, Unicef, IKRK, AI Amnesty International, SwissAid, CARITAS-international, a.o., may help distribute this amount to countries & communities suffering most from AB/SB/WHC/SDW's negligence.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/2021    *Michael Peter* (handwritten)

Signature of Plaintiff: *Maria Peter*   *U. Berger*   *Jarolin Berger* (handwritten signatures)

Printed Name of Plaintiff: Maria PETER, Michel PETER, Julika BERGER, Jarolin BERGER

### B. For Attorneys

Date of signing:

| Field | Value |
|---|---|
| Signature of Attorney | No Attorny. Dr. Gottwald, Munich, www.rechtsanwalt-dr-gottwald.de |
| Printed Name of Attorney | M.C.J. at NYU, gave us hint to adress Supreme Court directly. |
| Bar Number | |
| Name of Law Firm | The plaintiffs Maria, Michael, Julika, Jarollin appointed bodyguards |
| Street Address | to protect them from being kidnapped by the defendants. |
| State and Zip Code | |
| Telephone Number | Please email us for more details: 930 words on Complaint Civil Case |
| E-mail Address | Alleging Negligence (4 pages) and 22 Proofs (22 pages). Thank you. |



Wyoming Supreme Court
Office of the Clerk
2301 Capitol Avenue
Cheyenne
WY 82002
U.S.A.

US Dist. Court